FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 13, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHAWN D. CRANFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>SPOKANE COUNTY, a political subdivision of the State of Washington; SPOKANE COUNTY DETENTION SERVICES; CO RILEY; CO THOMAS; CO NEJERA; JOHN DOES 1-10; STATE OF WASHINGTON; WASHINGTON STATE PATROL; and TROOPER CHRISTOPHER BRUNER,<br><br>    Defendants. | No. 2:21-CV-00099-SAB<br><br>**ORDER DISMISSING DEFENDANTS STATE OF WASHINGTON, WASHINGTON STATE PATROL, AND TROOPER CHRISTOPHER BRUNER** |

Before the Court is the parties' Joint Motion for Order of Dismissal as to Defendants State of Washington, Washington State Patrol, and Trooper Christopher Bruner Only, ECF No. 20. The parties request the Court dismiss Plaintiff's claims against Defendants State of Washington, Washington State Patrol, and Trooper Christopher Bruner with prejudice and without costs. The parties also request that the Court dismiss Defendant Trooper Christopher Bruner's claims against Plaintiff with prejudice and without costs. Pursuant to the joint wishes of the parties, the Court finds good cause to grant the motion.

//

**ORDER DISMISSING DEFENDANTS STATE OF WASHINGTON, WASHINGTON STATE PATROL, AND TROOPER CHRISTOPHER BRUNER \* 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Joint Motion for Order of Dismissal as to Defendants State of Washington, Washington State Patrol, and Trooper Christopher Bruner Only, ECF No. 20, is **GRANTED**.

2. Defendants State of Washington, Washington State Patrol, and Trooper Christopher Bruner are **DISMISSED with prejudice** and without attorney's fees or costs to any party.

3. Trooper Christopher Bruner's claims against Plaintiff are **DISMISSED with prejudice** and without attorney's fees or costs to any party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order and provide copies to counsel.

**DATED** this 13th day of August 2021.



_____
Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING DEFENDANTS STATE OF WASHINGTON, WASHINGTON STATE PATROL, AND TROOPER CHRISTOPHER BRUNER * 2**