FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 28, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHAWN CRANFORD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SPOKANE COUNTY, a political subdivision of the State of Washington; SPOKANE COUNTY DETENTION; BRENDAN RILEY; MATT AEBISCHER; JAMES GOERTLER; CHRIS CRANE; RYAN THOMAS and GERARDO NAJERA,<br><br>　　　　　Defendants. | No. 2:21-CV-00099-SAB<br><br>**ORDER GRANTING DISMISSAL AND CLOSING FILE** |

　　　Before the Court are Plaintiff's and Defendants' Stipulation for Dismissal and Order, ECF No. 77. Plaintiff is represented by Brett Purtzer. Defendants are represented by Alison Mae Turnbull, Kent Neil Doll, Jr., Paul L. Kirkpatrick, and Katie L. Merrill.

　　　The motion states that it is stipulated and agreed by and between Plaintiff and Defendants, that all of Plaintiff's claims against all Defendants are dismissed with prejudice and without assessment by the Court of any costs or attorney's fees.

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned action is **DISMISSED** as to all Defendants **with prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), without a Court assessment of any costs or attorney's fees to either party.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 28th day of March 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 2**